NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Assistant United States Attorney
Bryan.Chinwuba@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-00151-HZ |
| v. | **MOTION TO DISMISS INDICTMENT** |
| **ALMA RAVEN-GUIDO,** | |
| **Defendant.** | |

The United States of America moves this court for an Order under Rule 48(a), Fed. R. Crim. P., to dismiss without prejudice the indictment in the above captioned case filed on May 4, 2021, due to the defendant's guilty plea and conviction in Multnomah County state court for Arson II (case no. 21CR17849), which stems from the same set of facts alleged in the indictment.

Dated: March 23, 2023

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

  /s/ Bryan Chiwuba
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney