# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-cr-00151-HZ |
| v. | **ORDER DISMISSING INDICTMENT** |
| **ALMA RAVEN-GUIDO,** | |
| **Defendant.** | |

Based on the government's motion, pursuant to Fed. R. Crim. P 48(a), it is hereby ordered that the indictment filed on May 4, 2021, in the above-entitled case be dismissed without prejudice.

Dated: March __23__, 2023

_____
HONORABLE MARCO A. HERNÁNDEZ
Chief United States District Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

___/s/ Bryan Chinwuba_____
BRYAN CHINWUBA, OSB #6323733
Assistant United States Attorney